Case 2:16-cv-01007-R-AJW   Document 73   Filed 06/05/16   Page 1 of 1   Page ID #:1062

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:16–cv–01007–R–AJW            Date:   6/5/2016

Title:   REACHLOCAL, INC. V. PPC CLAIMS LIMITED, ET AL

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

|   Christine Chung   |   None Present   |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

　　　　None                                                                          None

PROCEEDINGS:    ORDER (IN CHAMBERS) SETTING PRE–TRIAL & TRIAL DATES

COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE–TRIAL CONFERENCE on October 24, 2016 at 11:00 AM.

Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before October 3, 2016, which date will also serve as the discovery cut–off date in this action. There is no Motion Cut–Off Date set.

PRE–TRIAL CONFERENCE ORDER shall be lodged with this Court on or before October 17, 2016.

Jury Trial is set as November 22, 2016 at 09:00 AM.

IT IS SO ORDERED.


cc: counsel of record

MINUTES FORM 11 CIVIL – –
GEN                                                                                                    Initials of Deputy Clerk:  cch