

FILED

JUN 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REACHLOCAL, INC., a Delaware Corporation,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>KIERAN PAUL CASSIDY, an individual and PPC CLAIM LIMITED, a British limited company,<br><br>        Defendants - Appellants. | No. 16-55685<br><br>D.C. No. 2:16-cv-01007-R-AJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Court records reflect that the appellants have failed to file an opening brief.

Accordingly, the appeal is dismissed for failure to prosecute. Ninth Cir. Rule 42-1 and Ninth Cir. Rule 31-2.3.

A copy of this order shall serve as and for the mandate of this court.

                         FOR THE COURT

                         By: Mary Schlepp
                         Deputy Clerk