RAINES FELDMAN LLP
Erik S. Syverson (Bar No. 221933)
    esyverson@raineslaw.com
Scott M. Lesowitz (Bar No. 261759)
    slesowitz@raineslaw.com
9720 Wilshire Boulevard, 5th Floor
Beverly Hills, California 90212
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for Defendants PPC Claims Limited
And Kieran Paul Cassidy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REACHLOCAL, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>PPC CLAIMS LIMITED AND KIERAN PAUL CASSIDY,<br><br>              Defendants | Case No. 2:16-cv-1007-R-AJW<br><br>Judge: Hon. Manuel L. Real<br><br>**PPC CLAIMS LIMITED AND KIERAN PAUL CASSIDY'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Filed concurrently: PPC Claims Limited and Kieran Paul Cassidy's Application for Leave to File Under Seal; Declaration of Erik Syverson; Redacted Exhibits A & B and Certain Portions of the Motion for Summary Judgement Are Proposed to be Filed Under Seal; Unredacted Materials Proposed to be Filed Under Seal; and [Proposed] Order]] |

Pursuant to Local Rule 79-5, Defendants' PPC Claims Limited and Kieran Paul Cassidy ("Defendants") hereby apply for leave of Court to file Exhibits A & B to the Declaration of Erik Syverson in Support of Application for Leave To File Under Seal. Exhibit A are excerpts from the deposition of Sharon Rowlands and Exhibit B are excerpts from Plaintiff's initial disclosures. Portions of both exhibit were marked confidential by Plaintiff.

Defendants also apply for leave of Court to file the declaration of Kris Barton under seal. This was marked confidential by Plaintiff.

Defendants also apply for leave of Court to redact certain portions of the Motion that refer to information Plaintiff's appear to deem confidential.

Dated: September 2, 2016            RAINES FELDMAN LLP


By: */s/ Erik S. Syverson*
ERIK S. SYVERSON
Attorneys for Defendants PPC Claims Limited and Kieran Paul Cassidy