| | |
|---|---|
| 1 | RAINES FELDMAN LLP |
| 2 | Erik S. Syverson (Bar No. 221933) |
|   | esyverson@raineslaw.com |
| 3 | Scott M. Lesowitz (Bar No. 261759) |
|   | slesowitz@raineslaw.com |
| 4 | 9720 Wilshire Boulevard, 5th Floor |
| 5 | Beverly Hills, California 90212 |
|   | Telephone: (310) 440-4100 |
| 6 | Facsimile: (310) 691-1943 |
| 7 | |
| 8 | Attorneys for Defendants PPC Claims Limited And Kieran Paul Cassidy |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REACHLOCAL, INC., | Case No. 2:16-cv-1007-R-AJW |
| Plaintiff, | Judge: Hon. Manuel L. Real |
| vs. | **DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| PPC CLAIMS LIMITED AND KIERAN PAUL CASSIDY, | |
| Defendants | |
| | [Filed concurrently: Declaration of Erik Syverson in Support of Application; the redacted version of Defendants' Reply in support of their Motion for Summary Judgment; the Un-Redacted version of the Reply; the Redacted Version of Defendants' Response to ReachLocal, Inc.'s, Separate Statement of Genuine Disputes and Additional Material Facts; the Un-Redacted Version of Defendants' Response to the Separate Statement, the Un-Redacted Evidentiary Objections and Un-Redacted Evidentiary Objections] |

Pursuant to Local Rule 79-5, Defendants' PPC Claims Limited and Kieran Paul Cassidy ("Defendants") hereby apply for leave of Court to file under seal (1) portions of their Reply in Support of their Motion for Summary Judgment (the "Reply"), (2) portions of their Response to ReachLocal, Inc.'s, Separate Statement of Genuine Disputes and Additional Material Facts (the "Response to the Statement Response"), and (3) portions of their Evidentiary Objections.

The redacted portions of the Reply refer to materials that ReachLocal has designated as confidential. Such confidential materials include the redacted portions of docket numbers 90-7, 92-3, 99, and 99-6 (the "Confidential Materials"). Attached as Exhibit 1 hereto is the redacted version of the Reply.

The redacted portions of the Response to the Separate Statement refer to the Confidential Materials. Attached as Exhibit 2 hereto is the redacted version of the Response to the Separate Statement.

The redacted portions of the Evidentiary Objections refer to the Confidential Materials. Attached as Exhibit 3 hereto is the redacted version of the Response to the Separate Statement.

Dated: September 19, 2016       RAINES FELDMAN LLP

By: */s/ Erik S. Syverson*
ERIK S. SYVERSON
Attorneys for Defendants PPC Claims Limited and Kieran Paul Cassidy