UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-16-1007-R                                                        Date: OCTOBER 6, 2016

Title:   REACHLOCAL, INC. -V.- PPC CLAIMS LIMITED, et al.
===============================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    Christine Chung                                          None Present
    Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SETTING STATUS CONFERENCE


     Counsel are notified that on the Court's own motion, the Court hereby sets a Status Conference RE: Defendants Kieran Paul Cassidy and PPC Claim Limited's Motion for Sanctions FRCP Rule 11 (Dckt. No. 103) and Plaintiff ReachLocal, Inc.'s Ex Parte Application for Sanctions Monetary and Evidentiary Sanctions Under FRCP 37 For Defendant Cassidy's Failure to Appear for Deposition and Other Related Misconduct (Dckt. No. 134) on <u>OCTOBER 12, 2016 AT 10:00 A.M.</u>

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-16-1007-R                                                        Date: OCTOBER 6, 2016

Title:   REACHLOCAL, INC. -V.- PPC CLAIMS LIMITED, et al.
===============================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    Christine Chung                                    None Present
    Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SETTING STATUS CONFERENCE

      Counsel are notified that on the Court's own motion, the Court hereby sets a Status Conference RE: Defendants Kieran Paul Cassidy and PPC Claim Limited's Motion for Sanctions FRCP Rule 11 (Dckt. No. 103) and Plaintiff ReachLocal, Inc.'s Ex Parte Application for Sanctions Monetary and Evidentiary Sanctions Under FRCP 37 For Defendant Cassidy's Failure to Appear for Deposition and Other Related Misconduct (Dckt. No. 134) on <u>OCTOBER 12, 2016 AT 10:00 A.M.</u>

IT IS SO ORDERED.

MINUTES FORM 11                                                Initials of Deputy Clerk ___cch___
CIVIL -- GEN