UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   CV-16-1007-R                                                  Date: October 12, 2016

Title:   REACHLOCAL, INC. - V.- PPC CLAIMS LIMITED, et al.
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   Connie Lee                                                    Sheri Kleeger
  Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   Amjad Mahmood Khan                             Erik S Syverson
   Jill Ray Glennon

PROCEEDINGS:    Status Conference


**Case called.  Appearances made.**

**The Court hereby dismisses this action without prejudice.**

<u>0:01</u>

MINUTES FORM 11                                                Initials of Deputy Clerk ___CL___
CIVIL -- GEN