Amjad M. Khan (SBN 237325)
 amjad@bnsklaw.com
Jill Ray Glennon (SBN 204506)
 jill@bnsklaw.com
Paul C. Fricke (SBN 258188)
 paul@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11766 Wilshire Boulevard, Suite 1670
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

*Attorneys for Plaintiff*
REACHLOCAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| REACHLOCAL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PPC CLAIM LIMITED, a British limited company; KIERAN PAUL CASSIDY, an individual, DOES 1-50,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-01007-R-AJW<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Manuel L. Real<br>Amd. Cmplt Filed: March 11, 2016 |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff ReachLocal, Inc. ("ReachLocal") hereby appeals the above-captioned action to the United States Court of Appeals for the Ninth Circuit from the Order entered on October 12, 2016 (ECF No. 143), attached hereto as **Exhibit 1** (with corresponding hearing transcript), which involuntarily dismissed the above-captioned action for "want of prosecution." *See Montes v. United States*, 37 F.3d 1347, 1350 (9th Cir. 1994) (citing *McGucklin v. Smith*, 974 F.2d 1050, 1053-1054 (9th Cir. 1992) ["[A] dismissal without prejudice may be intended to end the litigation in the court involved but not to act as an adjudication on the merits or to bar the filing of a similar action in another court. Such a dismissal would be a "final" disposition and hence appealable."]); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) [holding a *sua sponte* dismissal without prejudice for lack of prosecution an appealable order]; *Cooper v. Ramos*, 704 F.3d 772, 776-777 (9th Cir. 2012) [holding that a dismissal intended to dispose of the action may be considered final and appealable].

Pursuant to Ninth Circuit Rule 3-2, ReachLocal's Representation Statement is attached hereto as **Exhibit 2**.

Dated: November 2, 2016              BROWN NERI SMITH & KHAN, LLP

                                     By:   /s/   Amjad M. Khan
                                           Amjad M. Khan

                                     *Attorneys for Plaintiff*, ReachLocal, Inc.

---

**NOTICE OF APPEAL**
1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.  CV-16-1007-R                                      Date: October 12, 2016

Title:   REACHLOCAL, INC. - V.- PPC CLAIMS LIMITED, et al.
===============================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

  Connie Lee                                            Sheri Kleeger
Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

  Amjad Mahmood Khan                           Erik S Syverson
  Jill Ray Glennon

PROCEEDINGS:    Status Conference

**Case called.  Appearances made.**

**The Court hereby dismisses this action without prejudice.**

 

0:01

MINUTES FORM 11                                         Initials of Deputy Clerk ___CL___
CIVIL -- GEN

```
                    UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION

                              - - -
                    HONORABLE MANUEL L. REAL
              UNITED STATES DISTRICT JUDGE PRESIDING
                              - - -


    REACHLOCAL, INC.,                )
                                     )  CERTIFIED COPY
            PLAINTIFF,                )
                                     )
    VS.                              )  16-1007 R
                                     )
    CLAIMS LIMITED, et al.,          )
                                     )
            DEFENDANTS.               )
    _____)




              REPORTER'S TRANSCRIPT OF PROCEEDINGS
                  WEDNESDAY, OCTOBER 12, 2016
                         A.M. SESSION
                    LOS ANGELES, CALIFORNIA






                SHERI S. KLEEGER, CSR 10340
              FEDERAL OFFICIAL COURT REPORTER
             312 NORTH SPRING STREET, ROOM 402
                LOS ANGELES, CALIFORNIA 90012
                    PH:  (213)894-6604
```

```
 1
 2   APPEARANCES OF COUNSEL:
 3   ON BEHALF OF PLAINTIFF:
 4        BROWN NERI and SMITH LLP
          BY:  AMJAD MAHMOOD KHAN, ESQUIRE
 5             JILL RAY GLENNON, ATTORNEY AT LAW
               11766 WILSHIRE BOULEVARD
 6             SUITE 1670
               LOS ANGELES, CA 90025
 7
 8   ON BEHALF OF DEFENDANT:
               RAINES FELDMAN LLP
 9             BY:  ERIK S. SYVERSON, ESQUIRE
               9720 WILSHIRE BOULEVARD
10             BEVERLY HILLS, CA 90212
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      LOS ANGELES, CALIFORNIA; WEDNESDAY, OCTOBER 12, 2016
 2                          A.M. SESSION
 3                             - - -
 4
 5
 6              THE CLERK:  Calling item number one, CV
 7   16-1007-R:  ReachLocal, Inc., versus PPC, Limited, et
 8   al.
 9              Counsel, please state your appearances.
10              MR. KHAN:  Good morning, Your Honor.  I'm
11   Amjad Khan on behalf of the plaintiff, and with me is my
12   colleague Jill Glennon.
13              MR. SYVERSON:  Good morning, Your Honor,
14   Erik Syverson for the firm of Raines Feldmann for the
15   defendants.
16              THE COURT:  All right.  A ton of paper is 17
17   green trees, and we don't deal with paper here.  And
18   there is nothing there.  And as a result of that, I'm
19   going to dismiss this action without prejudice, period.
20              We can't make out anything with all of this
21   paper.  And that's the judgement of the Court.  I'll
22   dismiss the matter for wan of prosecution for the basis
23   of what we have -- what we have here, which is a lot of
24   nothing.
25              All right we'll be in recess.
```

```
 1                THE LAW CLERK:  All rise.
 2                (Proceedings concluded.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3              CERTIFICATE OF REPORTER
 4
 5   COUNTY OF LOS ANGELES      )
 6                              )   SS.
 7   STATE OF CALIFORNIA         )
 8
 9   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
10   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
11   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
12   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
13   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
14   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
15   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
16   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
17   JUDICIAL CONFERENCE OF THE UNITED STATES.
18
19
20   DATE:  OCTOBER 18, 2016
21
22   /s/_____
23   SHERI S. KLEEGER, CSR
24   FEDERAL OFFICIAL COURT REPORTER
25
```

# EXHIBIT 2

Amjad M. Khan (SBN 237325)
 amjad@bnsklaw.com
Jill Ray Glennon (SBN 204506)
 jill@bnsklaw.com
Paul C. Fricke (SBN 258188)
 paul@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11766 Wilshire Boulevard, Suite 1670
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

*Attorneys for Plaintiff*
REACHLOCAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| REACHLOCAL, INC., a Delaware corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PPC CLAIM LIMITED, a British limited company; KIERAN PAUL CASSIDY, an individual, DOES 1-50,<br><br>　　Defendants. | CASE NO. 2:16-cv-01007-R-AJW<br><br>**REPRESENTATION STATEMENT**<br><br>Judge: Hon. Manuel L. Real<br>Amd. Cmplt Filed: March 11, 2016 |

**REPRESENTATION STATEMENT**

The undersigned represents Plaintiff ReachLocal, Inc. ("ReachLocal") and no other party. Pursuant to Ninth Circuit Rule 3-2(b), ReachLocal submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, fax number, and email address.

| Party | Counsel |
| --- | --- |
| Plaintiff ReachLocal, Inc. | Amjad M. Khan<br>amjad@bnsklaw.com<br>Paul C. Fricke<br>paul@bnsklaw.com<br>Jill R. Glennon<br>jill@bnsklaw.com<br>Rowennakete P. Barnes<br>kete@bnsklaw.com<br>BROWN NERI SMITH & KHAN, LLP<br>11766 Wilshire Blvd., Ste. 1670<br>Los Angeles, CA 90025<br>Telephone: (310) 593-9890<br>Facsimile: (310) 593-9980 |
| Defendant PPC Claim Limited | Erik S. Syverson<br>esyverson@raineslaw.com<br>Scott M. Lesowitz<br>slesowitz@raineslaw.com<br>RAINES FELDMAN, LLP<br>9720 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA 90212<br>Telephone: (310) 440-4100<br>Facsimile: (310) 691-1367 |
| Defendant Kieran Paul Cassidy | Erik S. Syverson<br>esyverson@raineslaw.com<br>Scott M. Lesowitz<br>slesowitz@raineslaw.com<br>RAINES FELDMAN, LLP<br>9720 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA 90212<br>Telephone: (310) 440-4100<br>Facsimile: (310) 691-1367 |

| | | |
|---|---|---|
| 1 | Dated: November 2, 2016 | **BROWN NERI SMITH & KHAN, LLP** |
| 3 | | By:  /s/      Amjad M. Khan |
| 4 | |         Amjad M. Khan |
| 6 | | *Attorneys for Plaintiff*, ReachLocal, Inc. |

**REPRESENTATION STATEMENT**
2

# CERTIFICATE OF SERVICE

I, Ethan J. Brown, hereby declare under penalty of perjury as follows:

I am a partner at the law firm of Brown Neri Smith & Khan, LLP, with offices at 11766 Wilshire Boulevard, Suite 1670, Los Angeles, California 90025. On November 2, 2016, I caused the foregoing **NOTICE OF APPEAL** to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on November 2, 2016.

/s/ Ethan J. Brown