FILED

UNITED STATES COURT OF APPEALS

NOV 17 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REACHLOCAL, INC., a Delaware Corporation, | No.    16-56644 |
| Plaintiff-Appellant, | D.C. No. 2:16-cv-01007-R-AJW Central District of California, Los Angeles |
| v. | |
| PPC CLAIM LIMITED, a British limited company; et al., | ORDER |
| Defendants-Appellees. | |

The court's records reflect that the notice of appeal was filed during the

pendency of a timely filed motion listed in Federal Rule of Appellate Procedure

4(a)(4).  The notice of appeal is therefore ineffective until entry of the order

disposing of the last such motion outstanding.  *See* Fed. R. App. P. 4(a)(4).

Accordingly, appellate proceedings other than mediation shall be held in abeyance

pending the district court's resolution of the pending motion.  *See Leader Nat'l Ins.*

*Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

Within 7 days after the district court's ruling on the pending motion,

appellant shall notify this court in writing of the ruling and shall advise whether

appellant intends to prosecute this appeal.

KML/MOATT

To appeal the district court's ruling on the post-judgment motion, appellant must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Katherine Lehe
Deputy Clerk/Motions Attorney

KML/MOATT

2