CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REACHLOCAL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PPC CLAIM LIMITED, a British limited company; KIERAN PAUL CASSIDY, an individual, DOES 1-50, <br><br> Defendants. | CASE NO.  CV 16-1007-R <br><br> ORDER GRANTING PLAINTIFF REACHLOCAL, INC.'S MOTION FOR ORDER ENFORCING AND MODIFYING PROTECTIVE ORDER AND FOR SANCTIONS |

Before the Court is Plaintiff's Motion for Order Enforcing and Modifying Protective Order and for Sanctions, which was filed on July 24, 2017.  (Dkt. No. 162).  Defendants failed to oppose the Motion.  Upon determining that Plaintiff's Motion is suitable for a decision on the papers, this matter was taken under submission on August 16, 2017.

In its Motion, Plaintiff alleges that Defendant Kieran Cassidy ("Cassidy") posted the video of the deposition of Plaintiff's Chief Executive Officer, Sharon Rowlands ("Rowlands"), on YouTube without redacting portions of the deposition that were designated "Confidential" under the Protective Order, which was signed by this Court.  Plaintiff alleges that the Confidential

portions include Rowlands' testimony about Plaintiff's sensitive business information. Plaintiff met with Defendants' previous counsel of record twice to resolve the issue. While Cassidy initially took the video down, he has since reposted the entire video.

Defendants have failed to oppose Plaintiff's Motion in any way. Defendants' failure to oppose the Motion is treated as their consent to the granting of the Motion. L.R. 7-12. Furthermore, the Court finds that Plaintiff's Motion alleges sufficient facts to establish that Defendants violated the Protective Order by making materials designated "Confidential" public. Accordingly, Plaintiff's Motion is GRANTED in its entirety.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Enforcing and Modifying Protective Order and for Sanctions is GRANTED. (Dkt. No. 162).

**IT IS FURTHER ORDERED** that Defendants take down any video of the Deposition of Sharon Rowlands posted by Kieran Cassidy on YouTube.

**IT IS FURTHER ORDERED** that the Protective Order in this matter is hereby modified, prohibiting the disclosure of any portions of the Deposition of Sharon Rowlands unless such portions are part of the public record of this case.

**IT IS FURTHER ORDERED** that Plaintiff's request for sanctions is granted in the amount of $5,670.00.

Dated: September 6, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE