UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REACHLOCAL, INC., a Delaware Corporation,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>PPC CLAIM LIMITED, a British limited company; et al.,<br><br>        Defendants - Appellees. | No. 16-56644<br><br>D.C. No. 2:16-cv-01007-R-AJW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

      The judgment of this Court, entered February 22, 2018, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      Costs are taxed against the appellee in the amount of $477.20.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT

                                            By: Rebecca Lopez
                                            Deputy Clerk
                                            Ninth Circuit Rule 27-7