Amjad M. Khan (SB 237325)
 *amjad@bnsklaw.com*
Jill R. Glennon (SBN 204506)
 *jill@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:  (310) 593-9980

*Attorneys for Plaintiff*
REACHLOCAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REACHLOCAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PPC CLAIM LIMITED, a British limited company; KIERAN PAUL CASSIDY, an individual; and DOES 1-50,<br><br>Defendants. | Case No. 2:16-cv-01007-R-AJW<br><br>Judge: Hon. Manuel L. Real<br><br>**ORDER RE REACHLOCAL INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Filed concurrently: ReachLocal Inc.'s Application for Leave to File Under Seal; Declaration of Jill R. Glennon; Redacted Exhibit 1 Proposed to be Filed Under Seal; and Unredacted Exhibit 1 Proposed to be Filed Under Seal]<br><br>Date:  April 16, 2018<br>Time: 10:00 a.m.<br>Ctrm: 880 |

ORDER

Plaintiff ReachLocal Inc.'s ("ReachLocal") application for leave to file under seal in the above-captioned matter came before the court on April 16, 2018. Having read and considered the application, the supporting declaration, and the exhibits submitted by ReachLocal, the Court hereby grants ReachLocal's request for leave:

ReachLocal is ordered to file the following documents under seal:

- Exhibit 1 to the Declaration of Jill R. Glennon In Support of ReachLocal's Application for Leave to File Under Seal (Exhibits A-K to the Declaration of Jill Glennon in support of ReachLocal's Motion Finding Cassidy and PPC Claim, LTD. in Contempt of Protective Order and For Sanctions).

**IT IS ORDERED.**

Dated: March 20, 2018

_____
Hon. Manuel L. Real
U.S. District Court Judge
Central District of California

[PROPOSED] ORDER
1