Amjad M. Khan (SB 237325)
*amjad@bnsklaw.com*
Jill R. Glennon (SBN 204506)
*jill@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff*
REACHLOCAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REACHLOCAL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PPC CLAIM LIMITED, a British limited company; KIERAN PAUL CASSIDY, an individual; and DOES 1-50, <br><br> Defendants. | Case No. 2:16-cv-01007-R-AJW <br><br> Judge: Hon. Manuel L. Real <br><br> **UNREDACTED EXHIBIT 1** <br><br> Date: April 16, 2018 <br> Time: 10:00 a.m. <br> Ctrm: 880 <br><br><br> **FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MARCH 20, 2018** |

UNREDACTED EXHIBIT 1

# EXHIBIT 1

# EXHIBIT A

---------- Forwarded message ----------
From: **Nicole Domurad** <nicole@cadillacnorwood.com  >
Date: Thu, Aug 31, 2017 at 10:18 AM
Subject: received this today in my Facebook messenger
To: Kelly Decollibus <kdecollibus@reachlocal.com  >

http://www.ppcclaim.co.uk/uncategorized/whats-behind-the-reachlocal-curtain/



**Nicole Domurad**
Internet Director

781.948.4624    Office
cadillacnorwood.com

**Cadillac of Norwood**
700 Providence Highway
Norwood, MA 02062

# EXHIBIT B

From: "Heather Spinner" <hspinner@reachlocal.com   >
Date: September 7, 2017 at 3:22:37 PM EDT
To: "Staci Grossbard" <staci.grossbard@reachlocal.com   >, <jcamerata@reachlocal.com   >
Subject: FW: [FWD: Reachlocal Rip Off Report] - URGENT

See below.  What      I do about this?

**Heather L Spinner** | Senior Digital Marketing Consultant

o: 571.730.2000  ext. 104      |  c: 434.409.3782  |  f: 571.730.1929

8133 Leesburg Pike  |  Suite 300  |  Vienna, VA 22182

**From:** info@chariotsforhire.com      [mailto:info@chariotsforhire.com]
**Sent:** Thursday, September 07, 2017 3:12 PM
**To:** Heather Spinner
**Subject:** [FWD: Reachlocal Rip Off Report]


-------- Original Message --------
Subject: Reachlocal Rip Off Report
From: "PPC Claim Limited" <kieran@ppcclaim.co.uk   >
Date: Thu, September 07, 2017 10:02 am
To: <info@chariotsforhire.com   >

Page 2

# ppcclaims

**Showing Where The Real Data Is**

**Reachlocal Ripoff Report**
Were you advised, like thousands of UK clients, that all your money was being spent on Adwords ?
Have Reachlocal explained to you that less than 50% of your budget actually goes on adwords, the rest they keep ?
Ask your IMC today to explain the costings or email CEO sharon.rowlands@reachlocal.com

Read Our Walkthrough Here   or Email   to find out how much ReachLocal are really spending.
If you dont want to take our word for it then have a look at these comments on third party websites

http://www.ripoffreport.com/r/reach-local/manhattan-new-york-10018/reach-local-lias-cheats-what-a-nightmare-save-your-money-manhattan-new-york-321654

http://reachlocal.pissedconsumer.com/

**PPC Claim Helping Businesses Understand Hidden Margins**

 

This message sent to **info@chariotsforhire.com**   from **kieran@ppcclaim.co.uk**

PPC Claim Limited
PPC Claims
Crown House 151 High Road
Loughton, Essex IG10 4LG, United Kingdom

**Unsubscribe**

1/27/2018

# EXHIBIT C

---------- Forwarded message ----------
From: Amy Hazlehurst <ahazlehurst@reachlocal.com   >
Date: Thu, Sep 7, 2017 at 11:11 AM
Subject: Fwd: FW: Reachlocal Rip Off Report
To: James Goudreau <james.goudreau@reachlocal.com   >, Chris Kligora
<christian.kligora@reachlocal.com   >


Hi all,

FYI, an old RL client of mine received the below email and sent to me. :(

Amy Hazlehurst Senior Internet Marketing Consultant
o 858.362.9909 x104 |   m 858.531.4432
ReachLocal Four Governor Park 5090 Shoreham Place #114   | San Diego, CA 92122
Betsy Kohler-Flores Account Manager Team Hazlehurst
o 858.362.9909 x107

REACHLOCAL


---------- Forwarded message ----------
From: Kristin Ferguson <KFerguson@ljbtc.com   >
Date: Thu, Sep 7, 2017 at 9:00 AM
Subject: FW: Reachlocal Rip Off Report
To: "Amy Branch (ahazlehurst@reachlocal.com   )" <ahazlehurst@reachlocal.com   >


Yikes! Just wanted to make sure you saw this…


**From:** PPC Claim Limited [mailto:kieran@ppcclaim.co.uk   ]
**Sent:** Thursday, September 7, 2017 7:02 AM
**To:** zzInfo
**Subject:** Reachlocal Rip Off Report



**Showing Where The Real Data Is**

Reachlocal Ripoff Report

Were you advised, like thousands of UK clients, that all your money was being spent on Adwords ?

Have Reachlocal explained to you that less than 50% of your budget actually goes on adwords, the rest they keep ?

Ask your IMC today to explain the costings or email CEO sharon.rowlands@reachlocal.com

Read Our Walkthrough Here   or Email   to find out how much ReachLocal are really spending.
If you dont want to take our word for it then have a look at these comments on third party websites

http://www.ripoffreport.com/r/þ1reach-local/manhattan-new-yorkþ2-10018/reach-local-lias-cheatsþ3-what-a-nightmare-save-your-money-manhattan-new-york-32165þ54

http://reachlocal.pissedconsumþ7er.com/

PPC Claim Helping Businesses Understand Hidden Margins

 

This message sent to info@ljshoreshotel.com   from kieran@ppcclaim.co.uk

PPC Claim Limited
PPC Claims
Crown House 151 High Road
Loughton, Essex IG10 4LG, United Kingdom

**Unsubscribe**

1/27/2018

Page 3

# EXHIBIT D

---------- Forwarded message ----------
From: Chef Elaina Ravo < director@liaisonkitchener.ca   >
Date: Fri, Sep 8, 2017 at 1:14 PM
Subject: FW: Did You Know Reachlocal Steal Most Your Money!??
To:  linette.moore@reachlocal.com   ,  christian.baird@reachlocal.com


Hello,


Linette and Christian, thank you for taking the time to "meet" with us.  I appreciate all your help with our campaigns.


Please read the e-mail below – we have receive several of these e-mails in the last two weeks….


Best Regards,


Chef Elaina Ravo, C.C.C.

DIRECTOR

LIAISON COLLEGE

CULINARY ARTS

50 Ottawa Street South

Unit 109

Kitchener, ON

N2G 3S7

Phone: (519) 743-8335

Fax: (519) 743-6081

director@liaisonkitchener.b.ca

⚠️ feed your passion - small

**From:** Dir of Admissions [mailto: admissions@liaisonkþ0itchener.ca ]
**Sent:** September 8, 2017 1:56 PM
**To:** director@liaisonkitchener.þ2ca
**Subject:** FW: Did You Know Reachlocal Steal Most Your Money!??

FYI…

*Deborah Porter*

**Director of Admissions**

**Liaison College of Culinary Arts**

**Kitchener Campus**

109 – 50 Ottawa Street South

Kitchener, Ontario N2G 3S7

Phone: 519-743-8335

Fax: 519-743-6081

Email: admissions@þ8liaisonkitchener.ca

www.liaisonkitchener.ca


⚠️ Description: feed your passion - small

**From:** PPC Claim Limited [mailto: kieran@ppcclaim.co.þ;uk ]
**Sent:** Friday, September 8, 2017 1:52 PM
**To:** admissions@þ=liaisonkitchener.ca
**Subject:** Did You Know Reachlocal Steal Most Your Money!??

**Showing ReachLocal Clients The Truth**

Have you been mis-sold Google Adwords by Reachlocal ?

Were you advised, like thousands of UK clients, that all your money was being spent on Adwords ?

Have Reachlocal explained to you that less than 50% of your budget actually goes on marketing ?

Have they explained how much of your money they keep ?

Ask your IMC today to explain the costings or email CEO     sharon.rowlands@reachlocal.b?com

Read Our Walkthrough Here     or     Email     to find out how much ReachLocal are really spending.

PPC Claim Helping Businesses Understand Hidden Margins

This message sent to      admissions@bCliaisonkitchener.ca      from      kieran@ppcclaim.co.uk

PPC Claim Limited
PPC Claims
Crown House 151 High Road
Loughton, Essex IG10 4LG, United Kingdom

**Unsubscribe**

--
Thank you,
Christian J. Baird
National Marketing Expert
Direct Line 214.294.0150
6111 W. Plano Pkwy | Suite 2000 | Plano, TX 75093







# EXHIBIT E

**From:** Laura Daly <Lauradaly@rddshred.com   >
**Date:** September 14, 2017 at 10:31:59 AM EDT
**To:** Jordan Guagliumi <jordan.guagliumi@reachlocal.com   >
**Subject: Fwd: (4) Kieran Cassidy | LinkedIn**

When you have some free time and are bored, I would be interested in getting your input on this.
I received this via Linked In earlier this week.
Thanks and hope all is well-
Laura Daly
Royal Document Destruction

(614) 751-9731 Main Office
(614) 867-2014 Direct Dial

www.rddshred.com

Begin forwarded message:

**From:** John Daly <john@rddshred.com   >
**Subject:** Re: (4) Kieran Cassidy | LinkedIn
**Date:** September 12, 2017 at 9:53:45 AM EDT
**To:** Laura Daly <Daly5@insight.rr.com   >

Definitely something we should put in Jordan's corner for him to respond.

Not good.
John Daly, CSDS
(614) 751-9731 Office
(614) 296-3898 Cell
www.rddshred.com

Royal Document Destruction named by Inc. Magazine to the "Inc. 5000" as
one of the Top 5000 Fastest Growing Private Companies in America in 2010, 2011 & 2012

On Tue, Sep 12, 2017 at 9:24 AM, Laura Daly <Daly5@insight.rr.com   > wrote:

Let's discuss this when you are bored… This has me concerned for sure.

https://www.linkedin.com/in/ppcclaim/?midToken=AQGWTkCZXx8GdQ&trk=eml-email_m2m_invite_single_01-hero-11-prof-cta&trkEmail=eml-email_m2m_invite_single_01-hero-11-prof-cta-null-fmk29~j7gi52je~x6-null-neptune/profile~vanity.view&lipi=urn:li:page:email_email_m2m_invite_single_01;PueUXLAnS7mnlz6e1r5NSQ==

Skip to main content
Jump to:
Select option
Skip to Search
Accessibility feedback    Close jump menu

Search[        ]
Search

· 1  1 new network update.
·
·
· 3  3 new notifications
·
·
· Try Premium for Free
·  App launcher icon
·

Messaging
Compose message Tap for popup settings
[        ]



Kieran has a premium account Click to upgrade to Premium



More Actions

## Kieran Cassidy
3rd degree connection3rd

Involved in The Closure Of ReachLocal UK Due To Mis-Selling Adwords To UK Businesses. Cleaning the ReachLocal Swamp :-)

PPC Claim Limited

London, United Kingdom

500+ 500+ connections

Accept Accepted Invitation Accepted

Instrumental in The Closure Of ReachLocal UK Due To Mis-Selling To UK Businesses. Built class action claim against ReachLocal to the value of £6m. Helped UK businesses save £20m a year advertising with rogue agency ReachLocal.

Successfully fought a claim from ReachLocal Inc and Sharon Rowlands, paving the way to build a class action against ReachLocal UK parent company Reachlocal Inc. Class action will be for US and Australian businesses that have been mislead into using certain ReachLocal digital advertising services.

http://www.ppcclaim.co.uk/uncategorized/sharon-rowlands-and-reachlocal-sue-ppc-claims/

Have managed to save UK businesses hundreds of thousands of pounds and forced settlements on behalf of clients.

Particularly interested in companies that have used Hibu and ReachLocal and were misled into advertising. Also interested in connecting with any ex-Reachlocal Internet Marketing Consultants or Hibu Salespeople.

Specialties: seo, search engine optimisation, internet marketing, lead generations

Media ( 1 )

This position has 1 media

.

Solicitors Online    Marketing - Video Archive

See less See less of Kieran's summary

FollowFollow
## Kieran's Articles & Activity
3,611 followers



Full Video Sharon Rowlands Deposition
Kieran Cassidy on LinkedIn

See 33 more articles
.



Buddha Bar London offers perfect space for your Christmas party! . Please do not hesitate and get in touch here or   alexandra@buddhabarlondon.com
Kieran shared this



Is Your Digital Agency Showing You Everything ? https://lnkd.in/g9aWkS3
Kieran shared this

See all activity

## Experience



Claims Handler

Company Name   PPC Claim Limited

Dates Employed   Sep 2014 – Presen   t

Employment Duration   3 yrs 1 mo

Responsible for the closure of ReachLocal UK due to mis-selling to thousands of UK businesses. Our main aim is to clean up the digital marketing industry by exposing companies that withhold true costs of advertising.

Some would call it fraud on a grand scale.

Media (1)

This position has 1 media

○

PPC Claims

1/27/2018



### Search Engine Consultant

Company Name    Trafiki

Dates Employed    Jan 2009 – Sep 201    4

Employment Duration    5 yrs 9 mos

Location    London, United Kingdo    m

Solicitors Online Marketing. Helping solicitors and law firms with online branding and search engine placements. Understanding how to get websites onto the first page of Google and engaging with potential customers. We get results at affordable prices.



### NHS Negligence

Company Name   NHS Negligence

Dates Employed    Nov 2011 – Jan 201    4

Employment Duration    2 yrs 3 mos

Location    U    K

Providing NHS Negligence and Medical Negligences cases to solicitors and barristers. We are currently getting around 120 enquiries a month.

## Contact and Personal Info

Kieran's Profile, Websites, and Twitter

Show more See more contact and personal info

## People Also Viewed

**Laura Goodredge**
Claims Specialist at PPC Claim



**Ikky Gill**
Senior Sales Executive at Spun Candy



**Lynn Sedgwick**
Recruiting commercial and residential property lawyers for law firms across the North and managing a team of legal consultants across the Uk bringing talent to law firms in every specialism .



**M I C Nazier**
Managing Director at MOTOR AND INJURY CLAIMS LIMITED

**Thomas Andrew Skerratt**
Managing Director at SPS Consulting (UK) Limited

**James Cliff**
Barrister at St John's Buildings Chambers



**Phil Cardwell**    3rd degree connection    3rd
Operations Director & Author



**Leina Yadev LLM, CHAMBERS SOLICITORS**    3rd degree connection    3rd
Founder, Solicitor, Leading International Mediator,University Lecturer, Author, International Speaker,Faculty Leader



**Helen Neville**
Senior Associate (clinical negligence solicitor) at Hugh James



**David Carlisle**
1to1Legal Law Firm Referral Network

Learn the skills Kieran has



**Google AdWords Tips and Tricks**
Viewers: 19,338



Learning SEO Tools
Viewers: 9,245



Learning Internet Marketing
Viewers: 22,583
See more courses



# EXHIBIT F

**From:** David Wasserman [mailto:dwasserman@reachlocal.com   ]
**Sent:** Wednesday, September 13, 2017 10:04 AM
**To:** Roselena Martinez <rom2069@med.cornell.edu   >
**Cc:** Arc Horitani <arc.horitani@reachlocal.com   >; Stephanie Ochoa <stephanie.ochoa@reachlocal.com   >; Jon Camerata <jcamerata@reachlocal.com   >
**Subject:** Re: FW: Facebook Private Message forwarded by Ed Brydon

Hi Roselena,

Please see my response on the email from the PPC Claims company attached.  This guy has been trying to sabotage our company for years and it's currently in our legal teams hands.
David Wasserman  Regional Sales Manager
ReachLocal, Inc.
o 212.643.4300 ext.144 |  f 917.591.6485
501 7th Avenue | Suite 1615 | New York, NY 10018
\u8203 ?
Follow us: reachlocal.com/social

  

On Wed, Sep 13, 2017 at 9:52 AM, Roselena Martinez <rom2069@med.cornell.edu   > wrote:

**Roselena Martinez**
Senior Marketing Manager
Physician Organization

**Weill Cornell Medicine**
Office of External Affairs
1300 York Avenue   , Box 314
New York, New York 10022

T 646.962.9519
C 646.740.3701
rom2069@med.cornell.edu

**From:** Edward Brydon
**Sent:** Wednesday, September 13, 2017 9:47 AM
**To:** Roselena Martinez
**Subject:** FW: Facebook Private Message forwarded by Ed Brydon

Page 2

Hmm, not sure about the motivation behind this but apparently it's from a "Pay Per Click" (PPC) Claims UK-based company that investigates software companies abusing pay per click advertising on social media and the web. I'm not sure how they found out we are using ReachLocal.

I checked the link, which doesn't say much, and found this Linkedin article from the same guy:

https://www.linkedin.com/pulse/revealed-raw-data-behind-reachlocal-platform-kieran-cassidy/

Thought you should probably check it out on the back end and do due diligence.

Ed

--

Kieran Cassidy sent a Facebook Private Message to Weill Cornell Medicine:

"ReachLocal are conning most of there customers, you may be one of them.

Take a look around the internet, 'Google' ReachLocal whats behind the curtain, or click on the link http://www.ppcclaim.co.uk/uncategorized/whats-behind-the-reachlocal-curtain/"

Sep 11, 2017 1:21 pm

--

Sent from Sprout Social (//sproutsocial.com   )

# EXHIBIT G

---------- Forwarded message ----------
From: Launie <launie@maacademy.ca   >
Date: Thu, Sep 14, 2017 at 1:22 PM
Subject: FW: Reachlocal Rip Off Report
To: "Matt Maddalozzo (matt.maddalozzo@reachlocal.com    )" <matt.maddalozzo@reachlocal.com    >

Odd email…. FYI

Launie

---

**From:** PPC Claim Limited [mailto: kieran@ppcclaim.co.uk    ]
**Sent:** September-13-17 5:02 AM
**To:** INFO
**Subject:** Reachlocal Rip Off Report

**Showing Where The Real Data Is**

Reachlocal Ripoff Report

Were you advised, like thousands of UK clients, that
all your money was being spent on Adwords ?

Have Reachlocal explained to you that less than 50%
of your budget actually goes on adwords, the rest
they keep ?

Ask your IMC today to explain the costings or email
CEO  sharon.rowlands@reachlocal.com

Read Our Walkthrough Here   or  Email   to find out
how much ReachLocal are really spending.
If you dont want to take our word for it then have a
look at these comments on third party websites

http://www.ripoffreport.com/r/þ+reach-local/manhattan-new-
york-10018/reach-local-lias-þ-cheats-what-a-nightmare-save-
your-money-manhattan-new-york-þ/321654

http://reachlocal.þ1pissedconsumer.com/

PPC Claim Helping Businesses Understand Hidden Margins

This message sent to  info@maacademy.ca   from  kieran@ppcclaim.co.uk

PPC Claim Limited
PPC Claims
Crown House 151 High Road
Loughton, Essex IG10 4LG, United Kingdom

**Unsubscribe**
.

1/27/2018

# EXHIBIT H



**‹ Back**   **Clevens Face and Body Special...**

**Kieran Cassidy**
on mobile





**Kieran Cassidy**
Hello, I wanted to inform you that ReachLocal
(who do your marketing) are stealing your
budgets. They pretend to spend all your
money and hide the real amounts. They are
currently being sued in the US and were
closed down in the UK due to stealing.
Would you be interested in joining the class
action ?

Wednesday at 9:47am · Seen Wed 9:47am · Sent
from Web

      Write a message...   

Message:
Hello, I wanted to inform you that ReachLocal (who do you marketing) are stealing your budgets. The pretend to spend all your money and hide the real amounts. they are currently being sued in the US and were closed down int he UK due to stealing.
Would you be interested in joining the class action?

Screenshot:

12/27/2017 8:48AM


Hello, I wanted to inform you that ReachLocal (who do your marketing) are stealing your budgets. They pretend to spend all your money and hide the real amounts. They are currently being sued in the US and were closed down in the UK due to stealing.
Would you be interested in joining the class action ?

# EXHIBIT I

Sent from Mail   for Windows 10

---

**From:** Kieran Cassidy
**Sent:** Thursday, December 28, 2017 12:27 AM
**To:** info@radiantskinnyc.com   ; sharon.rowlands@reachlocal.com
**Subject:** ReachLocal Scam

Hello,

I wanted to let you know that Reachlocal (your marketing company) are running a scam. They pretend to spend all your money but keep 50%.

Take a look around the internet, 'Google' ReachLocal whats behind the curtain, or click on the link http:// www.ppcclaim.co.uk/uncategorized/whats-behind-the-reachlocal-curtain/

**I have included Sharon Rowlands in this email, she is the CEO. Ask her where your money goes !**

There is a class action being put together. Are you interested in joining it ?

Kind regards,

Kieran Cassidy

www.ppcclaim.co.uk

# EXHIBIT J

---------- Forwarded message ----------
From: Steven Waldman <srwaldman@aol.com   >
Date: Thu, Dec 28, 2017 at 8:57 AM
Subject: Fwd: ReachLocal Marketing Scam
To: tara.leifer@reachlocal.com


Hi Tara,

We get these types of letters from time to time and always react on a case by case basis after we have determined what is going on.  Obviously we have asked for specifics regarding any class action suit if one actually exists.  Additionally we have asked who attended our meetings and is part of such a suit.  However I did want to reach out to you for your response to Ms Cassidy.

Thanks

S R Waldman


-----Original Message-----
From: dee < dee@gaconference.com   >
To: SRWaldman < SRWaldman@aol.com   >
Sent: Thu, Dec 28, 2017 8:16 am
Subject: [FWD: ReachLocal Marketing Scam]


Dee Smith
Global Aesthetics Conference
P:859-303-6833   |F:859-422-5073   |
 dee@gaconference.com   |www.p.gaconference.com   |
3288 Eagle View Lane Ste. 300, Lexington, Ky 40509


-------- Original Message --------
Subject: ReachLocal Marketing Scam
From: Kieran Cassidy < kieran@ppcclaim.co.uk   >
Date: Thu, December 28, 2017 3:40 am
To:  aresheidat@gaconference.com   , matt@gaconference.com   ,
 brian@gaconference.com

Hello

Please be aware that ReachLocal are stealing client's budgets without there knowledge. I have been approached by three companies that were sold ReachLocal services at your event, all informing me that they were mis-sold by ReachLocal.

I class action is being put together in the USA and I would advise you not to allow ReachLocal to pitch your clients at events you run. They have already been shut down in the UK and are being sued in the US.

Kind regards,

Kieran Cassidy

[www.ppcclaim.co.uk](www.ppcclaim.co.uk)

PS If you need proof feel free to look through our website, we helped shut them down in the UK.

--
Thank you.

Kind regards,

**Tara Leifer** Internet Marketing Consultant
Office 212.643.4300 ext 113 | Fax 212.689.1986 | Cell 973.650.8272
501 7th Ave  |  Suite 1615  |  New York, NY 10018

View our **Success Stories**



# EXHIBIT K

---------- Forwarded message ----------
From: " SRWaldman@aol.com   " < srwaldman@aol.com   >
Date: Thu, Dec 28, 2017 at 10:45 AM
Subject: Re: ReachLocal Marketing Scam
To: Kieran Cassidy < kieran@ppcclaim.co.uk   >

I do not use them personally but will not keep them from exhibiting at our conferences unless you can provide more solid and substantiated information .    I am sorry you had a bad experience but I know others who are happy with the services provided by this particular company

Please understand that there are over 140 companies in our exhibit hall and We do not endorse any of them. Our attendees must be diligent and seek references as I do for all of my purchases or contracts

SR Waldman


On Dec 28, 2017 at 9:12 AM, < Kieran Cassidy   > wrote:

Hi Steven,

Sorry I should have been more clear in previous email. I am not a practising attorney, I am based in the UK. I was reaching out to notify you what they do, I am sure that your organisation would never endorse a company that was stealing from your clients. I have seen ReachLocal do this before, the company that gave them a platform to sell almost got sued hence me reaching out to you.

We have an attorney lined up to take on the cases in the US. I will go back to the clients that approached me and ask for permission to share there details with you.


Claims are ongoing, have you used Reachlocal services too ?

Kind regards,

Kieran

On Thu, Dec 28, 2017 at 1:54 PM, Steven Waldman < srwaldman@aol.com   > wrote:
1) Are you a attorney licensed to practice in the US?  If so what states ?

2) Please provide me the names of anyone who has attended our meeting(s) and has agreed to be part of your class action lawsuit

3) Please advise regarding claims against Reach Local

S. Randolph Waldman, MD
Director Vegas Cosmetic Surgery Conference
Co-Director Global Aesthetics Conference


-----Original Message-----
From: Kieran Cassidy < kieran@ppcclaim.co.uk   >
To: aresheidat < aresheidat@gaconference.com   >; matt < matt@gaconference.com   >; brian < brian@gaconference.com   >
Sent: Thu, Dec 28, 2017 3:40 am
Subject: ReachLocal Marketing Scam

Hello

Please be aware that ReachLocal are stealing client's budgets without there knowledge. I have been approached by three companies that were sold ReachLocal services at your event, all informing me that they were mis-sold by ReachLocal.

I class action is being put together in the USA and I would advise you not to allow ReachLocal to pitch your clients at events you run. They have already been shut down in the UK and are being sued in the US.

Kind regards,

Kieran Cassidy

www.ppcclaim.co.uk

PS If you need proof feel free to look through our website, we helped shut them down in the UK.


--
Thank you.

Kind regards,

**Tara Leifer** Internet Marketing Consultant
Office 212.643.4300 ext 113 | Fax 212.689.1986 | Cell 973.650.8272
501 7th Ave  |  Suite 1615  |  New York, NY 10018


View our Success Stories



# EXHIBIT L

Sent from Mail    for Windows 10

**From:** Kieran Cassidy
**Sent:** Thursday, December 28, 2017 12:24 AM
**To:** scott@dvmedspa.com    ; OfficeManager@dvmedspa.com    ; Stephanie@dvmedspa.com    ; lynn@dvmedspa.com   ;
customerservice@dvmedspa.com    ; sharon.rowlands@reachlocal.com
**Subject:** ReachLocal Scam

Hello,

I wanted to let you know that Reachlocal (your marketing company) are running a scam. They pretend to spend all your money but keep 50%.

Take a look around the internet, 'Google' ReachLocal whats behind the curtain, or click on the link http://www.ppcclaim.co.uk/uncategorized/whats-behind-the-reachlocal-curtain/

**I have included Sharon Rowlands in this email, she is the CEO. Ask her where your money goes !**

There is a class action being put together. Are you interested in joining it ?

Kind regards,

Kieran Cassidy

www.ppcclaim.co.uk

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in Los Angeles County, California.  I am over the age of 18 and not a party to this action; my business address is 11601 Wilshire Blvd., Suite 2080, Los Angeles, California 90025.  On the date below, I caused the foregoing,

- **UNREDACTED EXHIBIT 1**

to be served to the following individuals:

         Miles Feldman
         Andrew Raines
         1800 Avenue of the Stars, 12th Floor
         Los Angeles, CA 90067
         *Attorneys for Defendants*
         Kieran Paul Cassidy and PPC Claim Ltd.

X    **VIA U.S. MAIL:** I placed a true copy of the foregoing documents in a sealed envelope addressed to each interested party as set forth above.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Brown Neri Smith & Khan, LLP, Los Angeles, CA.  I am readily familiar with Brown Neri Smith & Khan, LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service

     I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 21, 2018, at Los Angeles, California.

By: _____
     Starr M. Ridley-Woods

1

PROOF OF SERVICE