SYVERSON, LESOWITZ & GEBELIN LLP
Scott M. Lesowitz (Bar No. 261759)
scott@syversonlaw.com
8383 Wilshire Boulevard, Suite 520
Beverly Hills, CA 90211
Telephone: (310) 341-3076
Facsimile: (310) 341-3070

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

REACHLOCAL, INC.

Plaintiff,

vs.

PPC CLAIMS LIMITED, *et al*.

Defendants.

Case No.: 16-CV-1007-R

**PROOF OF SERVICE REGARDING AUGUST 2, 2018, ORDER OF THE COURT**

**PROOF OF SERVICE**

I, Scott Lesowitz declare as follows:

1. On August, 6, 2018, I sent a copy of the Court's August 2, 2018, order (doc. no. 194), to Defendants PPC Claim Limited and Kieran Cassidy by (1) e-mail to kieranc@trafiki.com, and (2) first class mail to 1st Floor Offices, 132 George Lane, South Woodford, London E18 1AY, England.

I swear under penalty of perjury of the laws of the United States that the above is true and correct to the best of my knowledge.

DATED: August 6, 2018

*/s/ Scott Lesowitz*
Scott Lesowitz





Blank Page