Amjad M. Khan (SBN 237325)
 amjad@bnsklaw.com
Jill Ray Glennon (SBN 204506)
 jill@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

*Attorneys for Plaintiff*
REACHLOCAL, INC.

## UNTIED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| REACHLOCAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PPC CLAIM LIMITED, a British limited company; KIERAN PAUL CASSIDY, an individual, DOES 1-50,<br><br>    Defendants. | CASE NO. 2:16-cv-01007-R-AJW<br><br>Judge: Hon. Manuel L. Real<br>Amd. Cmplt Filed: March 11<br><br>**DECLARATION OF JILL GLENNON PURSUANT TO FED. RULE CIV. PROC 55(b)(1) AND LOCAL RULE 55-1 IN SUPPORT OF REACHLOCAL'S MOTION FOR  DEFAULT JUDGMENT** |

**GLENNON DECLARATION**

## DECLARATION OF JILL GLENNON

I, Jill Glennon, declare as follows:

1.     I am Senior Counsel with Brown, Neri, Smith & Khan & LLP, which represents plaintiff ReachLocal, Inc. ("ReachLocal") in the above-captioned action. I have personal knowledge of all the facts set forth in this declaration and, if called upon, I could and would testify competently thereto.

2.     On April 12, 2019, pursuant to the Civil Minutes of April 12, 2019 [Dkt. 196], the Clerk of this Court entered default [Dkt. 197] as to defendants PPC Claims Limited ("PPC Claim") and Kieran Paul Cassidy ("Cassidy" and, collectively with PPC Claim, "Defendants") on the First Amended Complaint of ReachLocal, Inc. [Dkt. 16].

3.     Defendant Cassidy is an adult citizen of Great Britain.  He is not an incompetent person.

4.     Defendant PPC Claim is a British limited company.

5.     The Servicemembers Civil Relief Act (50 U.S.C. App. §521) does not apply to this action.

6.     This action was dismissed for want of prosecution on October 12, 2016 [Dkt. 143].   ReachLocal appealed that dismissal.   While on appeal, Defendants' counsel of record filed a motion to withdraw as appellate counsel with the Ninth Circuit.  That motion was granted.  **Exhibit A** is a true and correct copy of the Ninth Circuit's ruling.  PPC Claim was ordered to enter an appearance for new counsel, because it could not appear *pro se*.  The Ninth Circuit further ordered that a copy of its order be provided to PPC Claim and Cassidy at their address of record:  1st Floor Offices, 132 George Land, South Woodford, London E18 1Ay.

7.     The dismissal for want of prosecution was ultimately reversed by the Ninth Circuit and the case was remanded.  Defendants' attorneys subsequently moved to withdraw as counsel of record in the District Court.  This Court granted that motion on April 12, 2018 [Dkt. 194] and ordered the Clerk to update the

docket with the information that Cassidy's address of record is 1st Floor Offices, 132 George Land, South Woodford, London E18 1Ay, which is the same address of record in the Ninth Circuit.  There is no address of record for PPC Claim, which was ordered to make an appearance within fifteen days after the Order.

8. Since Defendants' counsel first withdrew as appellate counsel, all notices sent to the above address of record in connection with this matter have been returned as "undeliverable as addressed, unable to forward" and neither Cassidy nor PPC Claim have provided this Court or the Court of Appeals with an updated address.  Attached hereto as **Exhibits B-D** are the official notifications from the Ninth Circuit regarding the returned and undeliverable mail.

9. Based on the above, ReachLocal believes the address of record for Cassidy is invalid and was invalid when provided to this Court in April 2018, leaving ReachLocal without *bona fide* means to give notice by mail to Cassidy. There is no address of record for PPC Claim, which also precludes service of Defendant PPC Claim by mail.  Neither defendant has consented in writing to receiving service by electronic means and neither defendant has registered with the ECF system.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

10.     According to the declaration of Scott Lesowitz in support of his motion to withdraw as Defendants' counsel, Cassidy was advised that PPC Claim could not appear in this action without counsel.  Lesowitz further declared that he had provided Cassidy with the motion to withdraw (including his declaration), which placed Cassidy on notice of the fact that an invalid address for Cassidy was being provided to the Court by Mr. Lesowitz.  [Dkt. 190]  Notices from the Ninth Circuit had already been returned as undeliverable as of the date Mr. Lesowitz signed his declaration.  *See* **Exs. B-C**.

I declare under penalty of perjury under the laws of the United States of America and laws of the State of California that the foregoing is true and correct.

Executed on this 21st day of June, 2019 at Los Angeles, California.

/s/ Jill Glennon

Jill Glennon

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 6 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REACHLOCAL, INC., a Delaware Corporation, | No.  16-56644 |
| Plaintiff-Appellant, | D.C. No. 2:16-cv-01007-R-AJW Central District of California, Los Angeles |
| v. | |
| PPC CLAIM LIMITED, a British limited company; et al., | ORDER |
| Defendants-Appellees. | |

The motion (Docket Entry No. 21) of Scott Lesowitz to withdraw as counsel

for the appellees PPC Claim Limited and Kieran Paul Cassidy is granted.

The court records shall be amended to reflect that Raines Feldman LLP are

no longer counsel for the appellees PPC Claim Limited and Kieran Paul Cassidy,

and that appellee Kieran Paul Cassidy is proceeding pro se.

Appellee PPC Claim Limited is reminded that corporations must be

represented by counsel before this court.  *See D-Beam Ltd. Partnership v. Roller*

*Derby Skates, Inc*., 366 F.3d 972, 973-74 (9th Cir. 2004).

Within 21 days after the date of this order, appellee PPC Claim Limited shall

cause new counsel to enter an appearance on its behalf.  If PPC Claim Limited fails

to timely comply with this order, this case will proceed on the basis of the briefs

GS / 06/05/2017 /Pro Mo

Glennon Decl. - Ex. A - p.001

filed by the other parties to the appeal and PPC Claim Limited will not be heard at oral argument unless the court grants permission.

The answering brief is now due July 24, 2017. The optional reply brief is due within 21 days after service of the answering brief.

A copy of this order shall be provided to the appellees at:

> PPC Claim Limited
> Kiern Paul Cassidy
> 1st Floor Offices, 132
> George Lane, South Woodford, London E18 1AY

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

# EXHIBIT B

Thursday, June 20, 2019 at 4:09:19 PM Pacific Daylight Time

**Subject:** 16-56644 ReachLocal, Inc. v. PPC Claim Limited, et al "Mail Returned"

**Date:** Thursday, October 12, 2017 at 5:25:30 PM Pacific Daylight Time

**From:** ca9_ecfnoticing@ca9.uscourts.gov

**To:** Jill Glennon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 10/12/2017 at 5:25:15 PM PDT and filed on 10/12/2017

**Case Name:** ReachLocal, Inc. v. PPC Claim Limited, et al

**Case Number:** 16-56644

**Docket Text:**
Mail returned on 10/12/2017 addressed to Kieran Paul Cassidy and PPC Claim Limited, re: 09/08/2017 orders [31], [32]. Returned envelope notes: We were unable to deliver this item because: addressee gone away, return to sender, unclaimed, unable to forward. Resending to: case files; no forwarding address found. [10616279] (LA)

**Notice will be electronically mailed to:**

Mr. Rowennakete Paul Barnes
Mr. Paul Fricke, I
Mr. Amjad Mahmood Khan, Attorney

**Case participants listed below will not receive this electronic notice:**

Kieran Paul Cassidy
1st Floor Offices
132 George Lane
South Woodford, London, E18 1AY

# EXHIBIT C

**Subject:** 16-56644 ReachLocal, Inc. v. PPC Claim Limited, et al "Mail Returned"

**Date:**   Wednesday, October 18, 2017 at 6:33:32 PM Pacific Daylight Time

**From:**   ca9_ecfnoticing@ca9.uscourts.gov

**To:**     Jill Glennon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 10/18/2017 at 6:33:21 PM PDT and filed on 10/18/2017

**Case Name:**    ReachLocal, Inc. v. PPC Claim Limited, et al

**Case Number:**  16-56644

**Docket Text:**

Mail returned on 10/16/2017 addressed to Kieran Paul Cassidy, re: deficiency notice [34] sent on 09/14/2017. Returned envelope notes: We were unable to deliver this item because: addressee gone away, return to sender, unclaimed, unable to forward. Resending to: case files; no forwarding address found. [10623133] (LA)

**Notice will be electronically mailed to:**

Mr. Rowennakete Paul Barnes
Mr. Paul Fricke, I
Mr. Amjad Mahmood Khan, Attorney

**Case participants listed below will not receive this electronic notice:**

Kieran Paul Cassidy
1st Floor Offices
132 George Lane
South Woodford, London, E18 1AY

# EXHIBIT D

**Subject:** 16-56644 ReachLocal, Inc. v. PPC Claim Limited, et al "Mail Returned"

**Date:** Friday, April 13, 2018 at 2:32:32 PM Pacific Daylight Time

**From:** ca9_ecfnoticing@ca9.uscourts.gov

**To:** Jill Glennon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 04/13/2018 at 2:32:25 PM PDT and filed on 04/13/2018

**Case Name:**   ReachLocal, Inc. v. PPC Claim Limited, et al

**Case Number:**   16-56644

**Docket Text:**
Mail returned on 04/13/2018 addressed to Kieran Paul Cassidy, re: 03/16/2018 Mandate [41]. Returned envelope notes: Return to sender, undeliverable as addressed, unable to forward. Resending to: case files - unable to locate forwarding address. [10836573] (JBS)

**Notice will be electronically mailed to:**

Mr. Rowennakete Paul Barnes
Mr. Paul Fricke, I
Mr. Amjad Mahmood Khan, Attorney

## CERTIFICATE OF SERVICE

I, Rowennakete P. Barnes, hereby declare under penalty of perjury as follows:

I am an attorney at the law firm of Brown Neri Smith & Khan, LLP, with offices at 11601 Wilshire Boulevard, Suite 2080, Los Angeles, California 90025. On the date below, I caused the foregoing **DECLARATION OF JILL GLENNON PURSUANT TO FED. RULE CIV. PROC 55(b)(1) AND LOCAL RULE 55-1 IN SUPPORT OF REACHLOCAL'S MOTION FOR DEFAULT JUDGMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 21, 2019.

 /s/ Rowennakete P. Barnes